Office of the City Attorney
Cris Meyer, City Attorney, No. 012262
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Garrett Griggs, No. 030525
Assistant City Attorney
Attorney for Defendants David Snow, Joshua Mesquita, and City of Phoenix Police
Department

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Baker, a single man; and Todd Brown, a single man, | Case No. _____ |
| Plaintiff(s), | (Maricopa County Case No. CV2019-000180) |
| vs. | **NOTICE OF REMOVAL** |
| Officer Snow (06255), Officer Mesquita (0852), City of Phoenix Police Department, Employees I-X and Black and White Corporations I-X, | |
| Defendants. | |

Defendants David Snow, Joshua Mesquita, and City of Phoenix Police Department ("City Defendants"), through undersigned counsel, and pursuant to 28 U.S.C. § 1441(a) and LRCiv 3.6, hereby notices the removal of the above referenced action commenced and now pending in the Superior Court of the State of Arizona, in and for the County of Maricopa entitled *Joshua Baker, a single man; and Todd Brown, a single man,*

1

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

*Plaintiff(s), vs. Officer Snow (06255), Officer Mesquita (0852), City of Phoenix Police Department, Employees I-X and Black and White Corporations I-X, Defendants,* Civil Action No. CV2019-000180, and in support of removal asserts the following:

1.    Petitioners are Defendants in the Superior Court of the State of Arizona in and for the County of Maricopa under the caption *Joshua Baker, a single man; and Todd Brown, a single man, Plaintiff(s), vs. Officer Snow (06255), Officer Mesquita (0852), City of Phoenix Police Department, Employees I-X and Black and White Corporations I-X, Defendants,* Maricopa County Superior Court Case No. CV2019-000180.  Copies of the Complaint and all other documents previously filed in this matter are in **Exhibit A** of the Index filed simultaneously with this pleading.

2.    The first date upon which Defendant Dejan Nadzakovic received a copy of the Complaint was March 20, 2019.

3.    Plaintiffs have asserted a claim of violation of their Civil Rights under 42 U.S.C. §1983 and a violation of their Fourth Amendment rights.

4.    This Notice of Removal is being filed within 30 days after Service of the Summons and Complaint and is therefore timely under 28 U.S.C. § 1446(b).

5.    A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendant.  A true and correct copy of the Notice is in **Exhibit B** of the Index filed simultaneously with this pleading.

WHEREFORE, Defendant respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

. . .

DATED this 9th day of April, 2019.

Office of the Phoenix City Attorney
Cris Meyer, City Attorney


By:  /s/ Garrett Griggs
Garrett Griggs
Assistant City Attorney
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Attorney for Defendants David Snow, Joshua
Mesquita, and City of Phoenix Police
Department


## CERTIFICATE OF SERVICE


I hereby certify that on April 9, 2019, I served the attached document by email on the following:

Percival Bradley, Esq.
Bradley & Associates
Attorneys at Law, P.L.C.
P.O. Box #2213
Litchfield Park, AZ 85340
Attorney for Plaintiffs


/s/ Carol Aparicio
2103174

# EXHIBIT A

Clerk of the Superior Court
By Ashley Hatch, Deputy
Date 01/15/2019 Time 11:14:41
Description                    Amount
-------- CASE# CV2019-000180 --------
CIVIL NEW COMPLAINT              333.00

TOTAL AMOUNT                     333.00
       Receipt# 26991580

**BRADLEY & ASSOCIATES**
**Attorneys at Law, P.L.C.**
**P.O. Box, #2213**
**Litchfield Park, AZ 85340**
**(602) 266-2929 Fax (602) 467-3105**

**Percival R. Bradley**
**State Bar No. 017149**
**Attorney for: Plaintiffs**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **JOSHUA BAKER, a single man; and TODD BROWN, a single man;** | **Case No.** CV 2019-000180 |
| **Plaintiffs,** | **COMPLAINT** |
| **vs.** | |
| **OFFICER SNOW(06255), OFFICER MESQUITA(0852), CITY OF PHOENIX POLICE DEPARTMENT, EMPLOYEES I-X and BLACK AND WHITE CORPORATIONS I-X,** | **(Tort/Non-Auto)** |
| **Defendants.** | |

Plaintiffs, as and for their cause of action against the Defendants, complain and allege as follows:

### I.

Plaintiffs, are African American residents of Maricopa County, Arizona.

### II.

All acts complained of herein transpired in Maricopa County, Arizona.

### III.

Defendants at all times relevant to the incidents alleged were acting under color of authority.

BRADLEY & ASSOCIATES
Attorneys at Law, P.L.C.
210 East Catalina Drive
Phoenix, AZ 85012

**IV.**

Defendants at all times relevant to the incidents alleged were employed as officers with the City of Phoenix Police Department.

**V.**

Defendants at all times of relevant to the incidents alleged were on duty as detectives of the City of Phoenix Police Department.

**VI.**

Employees I-X, are designated by fictitious names and at all times relevant to the incidents alleged herein were employed by City of Phoenix Police Department . These Defendants are designated by fictitious names pursuant to Rule 10 (f) of the Arizona Rules of Civil Procedures as their true names are unknown to Plaintiffs.  By designating them under fictitious names, Plaintiffs preserve the right to formally name them as the identities become known.

**VII.**

Employees I-X at all times relevant to the incidents alleged herein were acting within the scope of their employment with City of Phoenix Police Department.

**VIII.**

On February 15, 2018 at approximately 4:45 p.m., Joshua Baker, Todd Brown and their friend were all riding in a 1999 gold Chrysler Sebring.  Joshua was driving as they were on the way to drop Todd off at work.  As Joshua pulled into the parking lot of the Salvation Army, located at 1375 E. Broadway road, a police car pulled in behind him with no visible lights or sirens.  As Mr. Baker slowed to a stop officers jumped out of the vehicle and ran up to the car.  The officers immediately pulled all three men from the car, even before it was fully in park.  By this time a second police vehicle pulled up with more officers.  All three men were slammed against the car, handcuffed and placed on the curb.

1    The police responded this way despite the fact that the men did not try to
2  evade, were not traveling at excessive speeds and had no idea they were being
3  followed by the police.  The men were stopped for an alleged traffic violation.    The
4  men were pulled from the vehicle without giving them the opportunity to provide
5  license, registration and insurance.

6    The officers were verbally abusive, responding to questions of 'what did we do",
7  with "you know what the f**k you did". They accused the men of being in a gang.
8  None of the men offered any kind of resistance.

9                                **IX.**

10    While detaining Plaintiffs Defendants conducted a search of their persons
11  without probable cause or reasonable suspicion.

12                                **X.**

13    While detaining Plaintiffs Defendants conducted an unauthorized search of the
14  vehicle without probable cause or reasonable suspicion.

16
17                            **LIABILITY**

18
19                                **XI.**

20    Defendants' actions violated 42 U.S.C. 1983 by depriving Plaintiffs of their right
21  to be free from unlawful search and seizure as secured by the constitution.

22                                **XII.**
23    At the time of the incident Defendants were employed with the Phoenix police
24  department and acting in their official capacity.

25
26                                **XIII.**
27    Defendant Phoenix police were negligent in their hiring, training and supervision
28  of Defendants.

29

BRADLEY & ASSOCIATES
Attorneys at Law, P.L.C.
210 East Catalina Drive
Phoenix, AZ 85012

BRADLEY & ASSOCIATES
Attorneys at Law, P.L.C.
210 East Catalina Drive
Phoenix, AZ 85012

**XIV.**

Defendant Phoenix police were negligent in the enforcement of the department's policy and procedures relating to the prevention of officers violating the civil rights of citizens.

**XV.**

Defendants without reasonable suspicion of criminal activity detained plaintiffs longer than reasonably necessary to conduct a traffic stop.

**XVI.**

Defendants without probable cause detained Plaintiffs under the ruse of a traffic stop for the sole purpose of conducting a search.

**XVII.**

Defendants conducted a vehicle search without probable cause in the absence of consent written or otherwise.

**XVIII.**

Defendants' actions amounted to selective enforcement of the traffic laws.

**XIX.**

The stopping of three African American citizens without probable cause and their subsequent detention and illegal search amounted to racial profiling.

**XX.**

City of Phoenix was negligent in the hiring, training, and placement of defendants.

**XXI.**

Defendants were negligent in the enforcement of the department's policy and procedure to prevent illegal searches and racial profiling.

**XXII.**

City of Phoenix Police Department has a prior history of officers engaging in acts of racial profiling.

4

## DAMAGES

### XXIII.

As a direct and proximate result of defendants' negligence, and willful misconduct, plaintiffs suffered emotional distress.

### XXIV.

As a direct and proximate result of defendants negligence, and willful misconduct, plaintiffs civil and constitutional rights were violated.

### XXV.

As a direct and proximate result of defendants' negligence, plaintiffs freedom, privacy and movement were unlawfully restricted.

WHEREFORE, Plaintiffs pray for Judgment against the Defendants as follows:

1. For such sums and for general damages as my be just and fair;

2. For punitive damages;

3. For costs incurred herein and accruing, together with interest at the highest lawful rate;

4. For such other and further relief as the Court may deem just and proper.

**Dated** this __15th__ day of January, 2019.

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

BRADLEY & ASSOCIATES P.L.C.

Percival R. Bradley, Esq.
Attorney for Plaintiffs

**ORIGINAL** filed this
_____day of January, 2019 at:

Clerk of Superior Court
201 W. Jefferson
Phoenix, Arizona 85003

BRADLEY & ASSOCIATES
Attorneys at Law, P.L.C.
210 East Catalina Drive
Phoenix, AZ 85012

6

CHRIS DEROSE, CLERK
BY _____ DEP
A. HATCH, FILED

19 JAN 15  AM II: I4

1  **BRADLEY & ASSOCIATES**
   Attorneys at Law, P.L.C.
2  P.O. Box #2213
   Litchfield Park, AZ 85340
3  (602) 266-2929 Fax 258-5070
   Percival R. Bradley
4  State Bar No. 017149
   Attorney for: Plaintiff
5

6
                   **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
7
                        **IN AND FOR THE COUNTY OF MARICOPA**
8

9  JOSHUA BAKER, a single man; and
10 TODD BROWN, a single man;                    Case No.
                                                  CV 2019-000180
11                              Plaintiffs,

12         vs.                                   **CERTIFICATE OF ARBITRATION**

13
14 OFFICER SNOW(06255), OFFICER
   MESQUITA(0852), CITY OF PHOENIX              **(Tort Non-Auto)**
15 POLICE DEPARTMENT,  EMPLOYEES I-
   X and BLACK AND WHITE
16 CORPORATIONS I-X,
17                              Defendants.
18

19         **COMES NOW**, Plaintiffs, by and through counsel undersigned, and pursuant to
20 the Mandatory Alternative Discovery Track, hereby submits the following:
21
22         The undersigned certifies that this action is **not** subject to compulsory
23 arbitration pursuant to the Uniform Rules of Procedure of Arbitration and Local Rule.
24 No party seeks affirmative relief other than a monetary judgment, and the award
25 sought **is** in excess of the jurisdictional limit for arbitration set by this Court, including
26
27 punitive damages but excluding interest, attorney's fees or costs.
28
29

1    **DATED** this \_\_\_15th\_\_\_\_ day of January, 2019.

2

3

4

5

6                                          BRADLEY & ASSOCIATES

7

8                                          _____

9                                          Percival R. Bradley, Esq.
                                          Attorney for Plaintiff

10

11

12

13

14

15

16    **ORIGINAL** filed this
      \_\_\_\_\_day of January, 2019 at:
17

18    Clerk of the Court
      MARICOPA COUNTY SUPERIOR COURT
19    201 West Jefferson Street
      Phoenix, Arizona 85201
20

21

22

23

24

25

26

27

28

29

BRADLEY & ASSOCIATES
Attorneys at Law, P.L.C.
210 East Catalina Drive
Phoenix, AZ 85012

2

**In the Superior Court of the State of Arizona**

**In and For the County of** _____

CHRIS DEROSE, CLERK
BY _____ DEP

Is Interpreter Needed? ☐ Yes    A. HATON FILED

If yes, what language(s): **19 JAN 15  AM 11: 14**

_____

_____

**Case Number** _____ _

# CV2019-000180

Plaintiff's Attorney _Percival R. Bradley_

Attorney Bar Number _017149_

Plaintiff's Name(s): (List all)    Plaintiff's Address:    Phone #:    Email Address:

_Joshua Biker_

_Todd Brown_

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

_Officer Snow (06253)_

_Officer Mesquita (08552)_

_City of Phoenix Police Department_

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____    ☐ Tier 1    ☒ Tier 2    ☐ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

### 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*    ☐ 102 Property Damage*

☐ 103 Wrongful Death*

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

☐ 111 Negligence*

☐ 112 Product Liability – Asbestos*

☐ 112 Product Liability – Tobacco*

☐ 112 Product Liability – Toxic/Other*

☒ 113 Intentional Tort*

☐ 114 Property Damage*

☐ 115 Legal Malpractice*

☐ 115 Malpractice – Other professional*

☐ 117 Premises Liability*

☐ 118 Slander/Libel/Defamation*

☐ 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*      ☐ 123 Hospital*

☐ 122 Physician D.O*       ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*

☐ 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (i.e. Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

    ☐ 136 Six to Nineteen Structures*

    ☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152 Change of Name

☐ 153 Transcript of Judgment

☐ 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)

☐ 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment

☐ 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property *

☐ Special Action against Lower Courts
    (See Lower Court Appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
    (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax
    Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute- Discrimination*

Case No. _____

☐ 185 Employment Dispute-Other*
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*

_____
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order      ☐ Provisional Remedy      ☐ OSC      ☐ Election Challenge

☐ Employer Sanction      ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

1  Arizona Process Service L.L.C.
   70 S. Val Vista Dr. Suite A3336
2  Gilbert, AZ 85296
   480-430-5556
3

                                              CLERK OF THE
                                             SUPERIOR COURT
                                              RECEIVED SE
                                           DOCUMENT DEPOSITORY

4
                                           2019 MAR 26 PM 1: 12
                                                  FILED
                                           BY L. GUTIERREZ, DEP
5

6                          SUPERIOR COURT OF ARIZONA
                               MARICOPA COUNTY
7

8  In Re the Matter of:

9  **JOSHUA BAKER, a single man; and**          Case No.  CV2019-000180
   **TODD BROWN, a single man;**
10                                       )      **CERTIFICATE OF SERVICE**
                  Plaintiffs,            )
11                                       )
   Vs.                                   )
12                                       )
   **OFFICER SNOW(06255), OFFICER**      )
13 **MESQUITA(0852), CITY OF PHOENIX POLICE**  )
   **DEPARTMENT, EMPLOYEES I-X and BLACK** )
14 **AND WHITE CORPORATIONS I-X**        )
                                         )
15              Defendants.              )

16
        I, Oscar Miller do depose that on said date March 18, 2019.  I received documents listed below from
17  Bradley & Associates Law Office requesting regular service of process.

18      I, Oscar Miller do depose that on said date, March 20, 2019 at 10:36 A.M., I hand delivered and served a
19  copy of the **SUMMONS (Tort Non-Auto); COMPLAINT (Tort/Non-Auto); CERTIFICATE OF ARBITRATION
    (Tort Non-Auto)** to Phoenix Police Department by serving City of Phoenix City Clerk's Office to Connie Haesloop
20  who is the Special Deputy City Clerk for the City Clerk Department; Said documents were hand delivered and
    served at the address of the City Clerk Department 200 W. Washington Street, 15th Floor, Phoenix, AZ 85003.

21
22      Connie Haesloop's physical description is as follows: Hispanic female, approximately 50-60 years of age,
    5'3" tall and 140 pounds with brown hair.

23
        I declare under the penalty of perjury that the above information is correct and true to the best of my
24  knowledge. A fee of $95.00 was charged for this Service of Process.

25

                                           Certified Officer Superior Court
                                           Registered in Maricopa County, AZ
                                           Oscar Miller # 7421

MICHAEL K. JEANES
Clerk of the Superior Court
By Alejandro Fimbres, Deputy
Date 01/03/2018 Time 14:04:54
Description                    Amount
-------- CASE# CV2018-093038 --------
CIVIL NEW COMPLAINT Clerk's Use 302.00 D
------------------------------------
TOTAL AMOUNT                     0.00
Receipt# 26338857

Person Filing: **Erick Dodakian**
Address (if not protected): **4406 E Main ST STE 102**
City, State, Zip Code: **Mesa AZ, 85205**
Telephone: _____
Email Address: **e.dodakian**
Lawyer's Bar Number: _____

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**Erick Dodakian**
Name of Plaintiff

**Baron Gelwicks**
Name of Defendant

Case Number: CV 2018-093038

Title: **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

☐ The value of this case exceeds $10,000 dollars.

☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

☐ The Plaintiff resides in Maricopa County.

☐ The Defendant resides in Maricopa County.

☐ The Defendant does business in Maricopa County.

☑ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

☐ Other reason: _____

## PARTIES

2. The Plaintiff in this case is **Erick Dodakian**

3. The Defendant in this case is **Baron Gelwicks.**

## STATEMENT OF FACTS AND BREACH

4. Erick Dodakian substained a further spinal Injury due to the assault

5. that took place in a Parking lot at westgate. Medical file and 911 call

6. will be submitted as evidence.

7. _____

8. _____

9. _____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(   ) 13-1204 Aggravated assault:
A. A Person commits aggravated assault if the

(   ) Person commits assault as Prescribed by Section 13-1203 under any of the folling circunstance

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 120116

( 1 ) . If the person causes serious physical injury to another

( 2 ) If the person uses a deadly weapon or dangerous instrument

( 3 ) If the person commits the assault by means of force that causes, temporary, but

(    ) Substantial disfigurement, temopary but substantial loss or impairment of any body organ or part or a fracture of any Body part.

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(    ) Erick Dodakian substained futher a spinal Injury due to the assault

(    ) that took places in a Parking lot at westgate. Medical file, and 911

(    ) call will be submitted as evidendue.

(    ) _____

(    ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(   ·   ) _____

_____

(     ) _____

_____

(     ) _____

_____

(     ) _____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

### DEMAND FOR JURY TRIAL (Optional)

☐   I request a jury trial, and wrote this in the "Title" below the words "Civil Complaint."

Dated this __J̲a̲n̲ ̲ ̲3̲ ̲ ̲2̲0̲1̲8̲__.
        *(Date of signature)*

_Dodakian_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 120116

# EXHIBIT B

Office of the City Attorney
Cris Meyer, City Attorney, No. 012262
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Garrett Griggs, No. 030525
Assistant City Attorney
Attorney for Defendants David Snow, Joshua Mesquita, and City of Phoenix Police
Department

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JOSHUA BAKER, a single man; and TODD BROWN, a single man, | |
| Plaintiff(s), | Case No. CV2019-000180 |
| vs. | **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** |
| OFFICER SNOW (06255), OFFICER MESQUITA (0852), CITY OF PHOENIX POLICE DEPARTMENT, EMPLOYEES I-X and BLACK AND WHITE CORPORATIONS I-X, | (Assigned to the Honorable Teresa Sanders) |
| Defendants. | |

Defendants David Snow, Joshua Mesquita, and City of Phoenix Police Department, ("City Defendants") by and through undersigned counsel, and pursuant to 28 U.S.C. §1441, et seq., hereby notify this Court that they have filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal filed April 5, 2019, is attached as **Exhibit A**.

1

DATED this 9th day of April, 2019.

<div style="margin-left: 40%;">

Office of the Phoenix City Attorney
Cris Meyer, City Attorney


By:    /s/ Garrett Griggs
        Garrett Griggs
        Assistant City Attorney
        200 West Washington, Suite 1300
        Phoenix, Arizona 85003-1611
        Attorney for Defendants David Snow, Joshua
        Mesquita, and City of Phoenix Police
        Department

</div>

Original of the foregoing electronically
filed and COPY electronically served on
April 9, 2019, to:


Percival Bradley, Esq.
Bradley & Associates
Attorneys at Law, P.L.C.
P.O. Box #2213
Litchfield Park, AZ 85340
Attorney for Plaintiffs


By: /s/ Carol Aparicio
2103175

<div style="text-align: left; writing-mode: vertical;">

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

</div>